## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **PARAQUAT PRODUCTS** | § | |
| **LIABILITY LITIGATION,** | § | |
| *Plaintiff* | § | |
| | § | **No.  1:24-MC-00331-RP** |
| **v.** | § | |
| | § | |
| **SYNGENTA CROP PROTECTION,** | § | |
| **LLC, RONNIE WILSON,** | § | |
| *Defendants* | § | |

## ORDER

Before the Court is the Texas Department of Criminal Justice (TDCJ)'s Motion to Quash Third-Party Subpoena, Dkt. 1. The District Judge referred the motion to the undersigned for disposition. The Court then set the motion for hearing, and after considering the parties' filings, the applicable law, and the arguments at the hearing, the Court announced its ruling, and the reasons for it, on the record.

For the reasons stated on the record, the Court **GRANTS** TDCJ's motion to quash, Dkt. 1.

SIGNED June 27, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE